**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tammy L. Mariotti <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 19-13184 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                                    Respectfully submitted,
                                    **/s/ Rebecca A. Solarz, Esq**
                                    Rebecca A Solarz, Esquire
                                    Kevin G. McDonald, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322