## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Tammy L. Mariotti
        Bankruptcy No. 19-13184-elf
        Adversary No.
        Chapter    13

                                 Date:  8/12/19

To:    David B. Spitofsky
516 Swede Street
Norristown, PA 19401

## <u>NOTICE OF INACCURATE FILING</u>

        Re: Certificate of Service Regarding Application of David B. Spitofsky, Esquire for Allowance of Compensation

The above pleading was filed in this office on **8/9/19.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

        ()        Debtor's name does not match case number listed
        ()        Debtor's name and/or case number (is) are missing.
        ()        Wrong PDF document attached
        ()        PDF document  not legible
        ()        Notice of Motion/Objection
        ()        Electronic Signature missing
      (xx)        Other- **Incorrect name and case number**

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of <u>qc@paeb.uscourts.gov</u>  . Otherwise, the matter will be referred to the Court.

                           Timothy B. McGrath
                           Clerk

                           By:  **C. Wagner**
                           Deputy Clerk