**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **TAMMY L. MARIOTTI** | : | |
| | : | |
| DEBTOR | : | NO. 19-13184 (ELF) |

**ORDER APPROVING COUNSEL FEE**

**AND NOW**, this 18th day of September, 2019, upon consideration of the Application of David B. Spitofsky, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard, it is hereby

**ORDERED** that the Application is **GRANTED** and compensation in the amount of $4,250.00 is **ALLOWED**. The balance as stated in the Application, in the amount of $3,250.00, shall be paid to Debtor's(s') counsel as an administrative expense to the extent provided for by the terms of Debtor's (s') confirmed chapter 13 plan.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**