# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE | CHAPTER 13 |
| TAMMY L. MARIOTTI, Debtor | CASE NO.: 19-13184-ELF |
| ALLY BANK, Movant | **HEARING DATE:** |
| vs. | Tuesday, November 16, 2021 |
|  | 9:30 A.M. |
| TAMMY L. MARIOTTI, and CODY MITCHELL, Codebtor. Respondent(s) |  |
| and | **LOCATION:** |
| KENNETH E. WEST, Trustee | United States Bankruptcy Court 900 Market Street Courtroom No. 1 Philadelphia, PA 19107 |

## ORDER

Upon consideration of the Motion for Relief from Automatic Stay and Codebtor Stay submitted and attached hereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The automatic stay and codebtor stay are **MODIFIED** with respect to the Movant.

Movant is hereby permitted to proceed and continue with an action in vehicle repossession (2014 JEEP Compass Utility 4D Sport 4WD, V.I.N. 1C4NJDBB5ED744542) and to levy and sell the vehicle at issue and to pursue its *in rem* remedies under state law in connection with the loan documents.

It is further **ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Date: 11/17/21

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**