United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 19-13184-elf

Tammy L. Mariotti                                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy L. Mariotti, 721 Clymer Lane, Ridley Park, PA 19078-1312 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 17 2021 23:54:03 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14325812 | ##+ | Cody Mitchell, 5629 Lockridge Loop, Unit 1, Fort Hood, TX 76544-2671 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |

District/off: 0313-2                        User: admin                                    Page 2 of 2
Date Rcvd: Nov 17, 2021                    Form ID: pdf900                          Total Noticed: 2

DAVID B. SPITOFSKY
                    on behalf of Debtor Tammy L. Mariotti spitofskybk@verizon.net  spitofskylaw@verizon.net

JASON BRETT SCHWARTZ
                    on behalf of Creditor Ally Bank jschwartz@mesterschwartz.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
                    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | ) | CHAPTER 13 |
| | ) | |
| IN RE | ) | CASE NO.: 19-13184-ELF |
| | ) | |
| TAMMY L. MARIOTTI, | ) | |
| Debtor | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| ALLY BANK, | ) | |
| Movant | ) | **HEARING DATE:** |
| vs. | ) | Tuesday, November 16, 2021 |
| | ) | 9:30 A.M. |
| TAMMY L. MARIOTTI, and | ) | |
| CODY MITCHELL, Codebtor. | ) | |
| Respondent(s) | ) | |
| and | ) | |
| | ) | **LOCATION:** |
| KENNETH E. WEST | ) | United States Bankruptcy Court 900 |
| Trustee | ) | Market Street |
| | ) | Courtroom No. 1 |
| | ) | Philadelphia, PA 19107 |

## ORDER

Upon consideration of the Motion for Relief from Automatic Stay and Codebtor Stay submitted and attached hereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The automatic stay and codebtor stay are **MODIFIED** with respect to the Movant.

Movant is hereby permitted to proceed and continue with an action in vehicle repossession (2014 JEEP Compass Utility 4D Sport 4WD, V.I.N. 1C4NJDBB5ED744542) and to levy and sell the vehicle at issue and to pursue its *in rem* remedies under state law in connection with the loan documents.

It is further **ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Date: 11/17/21

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**