United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-13184-amc
Tammy L. Mariotti Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jul 29, 2024      Form ID: 138OBJ      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy L. Mariotti, 721 Clymer Lane, Ridley Park, PA 19078-1312 |
| 14902693 | | Ally Bank c/o AIS Portfolio Services, LLC., Payment Processing Center, P.O. Box 660618, Dallas, TX 75266-0618 |
| 14325812 | + | Cody Mitchell, 5629 Lockridge Loop, Unit 1, Fort Hood, TX 76544-2671 |
| 14325807 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14325814 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709 |
| 14362166 | | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 14327445 | + | Ditech Financial LLC., c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14325816 | + | Gary S. Mariotti, 721 Clymer Lane, Ridley Park, PA 19078-1312 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 29 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 29 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14325811 | | Email/Text: ebn@americollect.com | Jul 29 2024 23:53:00 | Americollect, 1851 S. Alverno Road, Manitowoc, WI 54220 |
| 14352802 | | Email/Text: amcgill@debtone.com | Jul 29 2024 23:52:00 | CREDITONE, LLC, P.O. BOX 625, METAIRIE, LA 70004-0625 |
| 14362346 | | Email/Text: ally@ebn.phinsolutions.com | Jul 29 2024 23:52:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14621698 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 30 2024 00:03:09 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14622083 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 29 2024 23:52:48 | Ally Bank Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14325810 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 29 2024 23:52:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14325813 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 29 2024 23:53:00 | Credit Collection Services, Two Wells Avenue, Newton, MA 02459-3225 |
| 14453358 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 29 2024 23:53:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14325815 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 30 2024 00:02:56 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14325809 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jul 29 2024 23:53:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2024 | Form ID: 138OBJ | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | | 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 14325817 | | Email/Text: Bankruptcy@ICSystem.com | Jul 29 2024 23:52:00 | I.C. System, Inc., P.O. Box 64887, Saint Paul, MN 55164-0887 |
| 14325818 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 29 2024 23:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14349919 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 29 2024 23:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14325819 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 29 2024 23:53:00 | Jefferson Capital Systems, LLC, 16 Mcleland Road, Saint Cloud, MN 56303-2198 |
| 14325820 | ^ | MEBN | Jul 29 2024 23:47:11 | KML Law Group, P.C., Suite 5000 Mellon Indep. Ctr., 701 Market Street, Philadelphia, PA 19106-1538 |
| 14325821 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2024 23:52:17 | LVNV Funding LLC, c/o Resurgent Capital Services, LP, P.O. Box 1269, Greenville, SC 29602-1269 |
| 14327227 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2024 00:02:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14492092 | | Email/Text: mtgbk@shellpointmtg.com | Jul 29 2024 23:52:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14341972 | + | Email/Text: bncnotifications@pheaa.org | Jul 29 2024 23:52:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14325822 | + | Email/Text: bncnotifications@pheaa.org | Jul 29 2024 23:52:00 | PHEAA, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14325823 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2024 00:03:09 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 14361705 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2024 00:03:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14348269 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 29 2024 23:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14325824 | + | Email/Text: bankruptcy@sw-credit.com | Jul 29 2024 23:53:00 | Southwest Credit Systems, L.P., 5910 W. Plano Parkway, Suite 100, Plano, TX 75093-2202 |
| 14327214 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jul 29 2024 23:52:00 | CEP AMERICA LLC, WAKEFIELD AND ASSOCIATES, PO BOX 50250, KNOXVILLE,TN 37950-0250 |
| 14325825 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jul 29 2024 23:52:00 | Wakefield and Associates, P.O. Box 50250, Knoxville, TN 37950 |
| 14325826 | + | Email/Text: CHRISTAL@WILLIAMSRUSH-ASSOCIATES.COM | Jul 29 2024 23:53:00 | Williams Rush & Associates LLC, 4144 N. Central Expressway, No. 945, Dallas, TX 75204-2112 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14325808 | *+ | Tammy L. Mariotti, 721 Clymer Lane, Ridley Park, PA 19078-1312 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

Case 19-13184-amc    Doc 49    Filed 07/31/24    Entered 08/01/24 00:36:17    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2024 | Form ID: 138OBJ | Total Noticed: 37 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2024                Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Tammy L. Mariotti spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Ally Bank bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 48 − 41

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Tammy L. Mariotti )  Case No. 19−13184−amc
  )
  )
   Debtor(s). )  Chapter: 13
  )
  )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 29, 2024                                              For The Court

                                                     Timothy B. McGrath
                                                     Clerk of Court